**Opinion issued October 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00637-CR

————————————

**KRISTOPHER LEE BURCHFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 2173957**

---

## MEMORANDUM OPINION

Appellant, Kristopher Lee Burchfield, has filed a motion to dismiss his appeal signed by his counsel with an attached affidavit with appellant's signature, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Although the motion does not indicate whether it is opposed, it contains a

certificate of service on counsel for the State, has been on file with this Court for more than ten days with no response, and no opinion has issued. *See* TEX. R. APP. P. 9.5(d), (e), 10.3(a)(2), 42.2(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).